# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| JOY J. BRITT and ADA W. JONES,<br>Individually and on behalf of all similarly<br>situated persons, | ) <br> ) <br> ) <br> ) | |
| **Plaintiffs,** | ) <br> ) | |
| v. | ) <br> ) | NO. 3:03-0422 |
| PRIMUS AUTOMOTIVE FINANCIAL<br>SERVICES, INC. d/b/a<br>MAZDA AMERICAN CREDIT and<br>FORD MOTOR CREDIT COMPANY, | ) <br> ) <br> ) <br> ) <br> ) | JUDGE HAYNES |
| **Defendants.** | ) | |

## O R D E R

In accordance with the Memorandum filed herewith, Defendants Primus Automotive Financial Services, Inc. d/b/a Mazda American Credit and Ford Motor Credit Company's motions for summary judgment on Plaintiffs' class claims (Docket Entry Nos. 152) and RICO claims (Docket Entry No. 157) are **DENIED**.

It is so **ORDERED**.

ENTERED this the _8th_ day of July, 2005.

WILLIAM J. HAYNES, JR.
United States District Judge